United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, et al., | |
| Plaintiffs, | No. C 10-00010 JSW |
| v. | |
| LEVINE LEICHTMAN CAPITAL PARTNERS, INC., et al., | **ORDER (1) TO SHOW CAUSE AND (2) SETTING BRIEFING SCHEDULE** |
| Defendants. | |

On March 29, 2010, the Defendant National Corrective Group, Inc. ("NCG") and Defendants Levine Leichtman Capital Partners, Inc. and Levine Leichtman Capital Partners III, L.P. (collectively, "LLCP") filed motions to dismiss that exceed the page limits allowed by this Court's Standing Order 6, which provides that "[a]ll briefs, whether in support of, in opposition to, or in reply to any motion, with the exception of summary judgment motions and claims construction briefs, may not exceed fifteen pages in length, exclusive of title pages, indices of cases, table of contents, exhibits, and summaries of argument, if required." Neither NCG nor LLCP sought leave of court to file an oversize brief.

Accordingly, the NCG and LLCP are HEREBY ORDERED TO SHOW CAUSE in writing by no later than April 1, 2010 as to why their oversized briefs should be allowed and why the Court should not strike their motions for failure to comply with this Court's page limitations.

1    Defendants Michael Schreck and Brett Stohlton filed a motion to strike portions of
2 Plaintiffs' first amended complaint and noticed it to be heard on June 4, 2010.  The Court
3 HEREBY ORDERS that any opposition to this motion shall be filed by no later than April13,
4 2010 and any reply brief shall be filed by no later than April 20, 2010.
5    If the Court determines that the matter is suitable for resolution without oral argument, it
6 will so advise the parties in advance of the hearing date.  If the parties wish to modify this
7 schedule, they may submit for the Court's consideration a stipulation and proposed order
8 demonstrating good cause for any modification requested.
9    **IT IS SO ORDERED.**

11 Dated: March 30, 2010

   JEFFREY S. WHITE
12                                         UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2