IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, et al., | |
| Plaintiffs, | No. C 10-00010 JSW |
| v. | |
| LEVINE LEICHTMAN CAPITAL PARTNERS, INC., et al., | **ORDER (1) DISCHARGING ORDER TO SHOW CAUSE AND (2) SETTING BRIEFING SCHEDULE** |
| Defendants. / | |

The Court has received the response from Defendant National Corrective Group, Inc. ("NCG") and Defendants Levine Leichtman Capital Partners, Inc. and Levine Leichtman Capital Partners III, L.P. (collectively, "LLCP") to the Court's Order to Show Cause. The Court HEREBY DISCHARGES the Order to Show Cause and accepts the oversized briefs. Plaintiffs shall file their opposition to these motions by no later than April 16, 2010. Plaintiffs' opposition briefs may be oversized as well and may be long as the original motions. NCG's and LLCP's relies, if any, shall be filed by no later April 23, 2010. If NCG and/or LLCP seek to exceed the page limits in their reply briefs, they are directed to file an administrative motion at least three days before their replies are due.

If the Court determines that these matters are suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to

///

///

modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 2, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE