Irv Ackelsberg, PA Bar# 23813
John J. Grogan, PA Bar# 72443
LANGER GROGAN & DIVER, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703
iackelsberg@langergrogan.com
Appearing Pro Hac Vice
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CHRISTINA SMITH, LOIS ARTZ, ASHLEY HENDERSON, JANA SPERLING and TONI NEILSON, on their own behalf and on behalf of others similarly situated, Plaintiffs, v. LEVINE LEICHTMAN CAPITAL PARTNERS, INC., LEVINE LEICHTMAN CAPITAL PARTNERS III, LP., LEVINE LEICHTMAN CAPITAL PARTNERS III, LLC, MICHAEL SCHRECK, BRETT STOHLTON and NATIONAL CORRECTIVE GROUP, INC (dba "Corrective Solutions), Defendants. | Civ. No. 3:10-cv-0010 JSW<br><br>CLASS ACTION<br><br><s>PROPOSED</s> ORDER MODIFYING SCHEDULING OF CASE MANAGEMENT CONFERENCE |
|---|---|

The Court has received the Stipulation signed by all parties and filed on April 5, 2010. The Stipulation is HEREBY APPROVED. The Case Management Conference, set by the Order of January 4, 2010 for April 16, 2010 at 1:30 p.m., is CANCELED; it is RESCHEDULED for July 16, 2010, at 1:30 p.m.

IT IS SO ORDERED.

Dated: April 6, 2010

_____
JEFFREY S WHITE
United States District Court