FREEDMAN & TAITELMAN, LLP
MICHAEL A. TAITELMAN (SBN 156254)
mtaitelman@ftllp.com
JACQUELINE C. BROWN (SBN 177970)
jbrown@ftllp.com
JOSHUA G. BLUM (SBN 249082)
jblum@ftllp.com
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Tel: (310) 201-0005
Fax: (310) 201-0045

Attorneys for Defendant NATIONAL CORRECTIVE GROUP, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, LOIS ARTZ, ASHLEY HENDERSON and JANA SPERLING, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEVINE LEICHTMAN CAPITAL PARTNERS, INC., LEVINE LEICHTMAN CAPITAL PARTNERS III, LP., LEVINE LEICHTMAN CAPITAL PARTNERS III,: LLC, MICHAEL SCHRECK, BRETT STOHLTON and NATIONAL CORRECTIVE GROUP, INC (dba "Corrective Solutions),<br><br>Defendants. | Civ. No. 3:10-0010 JSW<br><br>**CLASS ACTION**<br><br>DECLARATION OF JOSHUA G. BLUM IN SUPPORT OF DEFENDANT NATIONAL CORRECTIVE GROUP, INC.'S MOTION TO STRIKE FIRST AMENDED COMPLAINT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16 |

## DECLARATION OF JOSHUA G. BLUM

I, Joshua G. Blum, declare as follows:

1. I am a member of the State Bar of California and am admitted to practice before this Court. I am an associate of Freedman & Taitelman, LLP ("F&T"). F&T is counsel of record for Defendant National Corrective Group ("NCG"). The matters stated below are based on my personal knowledge, unless noticed specifically otherwise. If called as a witness, I could and would testify competently thereto.

2. Concurrently with the filing of this Declaration, NCG is filing a Motion to Strike Counts III (unfair business practices), IV (fraudulent misrepresentation) and VI (negligent misrepresentation) of Plaintiffs' First Amended Complaint pursuant to California *Code of Civil Procedure* section 425.16.

3. California *Code of Civil Procedure* section 425.16(f) states that the "motion shall be scheduled by the clerk of the court for a hearing not more than 30 days after the service of the motion unless the docket conditions of the court require a later hearing."

4. However, United States District Court for the Northern District of California Local Rule 7-2(a) states in relevant part that "all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion."

5. Due to the Court's docket and the requirements of Local Rule 7-2(a), NCG set the hearing for its Motion for the first available date, which was June 11, 2010.

I declare under penalty and perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of April, 2010, at Los Angeles, California.

_____
Joshua G. Blum