IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LEVINE LEICHTMAN CAPITAL PARTNERS, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 10-00010 JSW<br><br>**ORDER (1) CONTINUING HEARING AND (2) SETTING BRIEFING SCHEDULE** |

The Court HEREBY CONTINUES the hearing on the motions to dismiss filed by Defendant National Corrective Group, Inc. ("NCG") and Defendants Levine Leichtman Capital Partners, Inc. and Levine Leichtman Capital Partners III, L.P. (collectively, "LLCP") and the motion to strike filed by Defendants Michael Schreck and Brett Stohlton from June 4 to June 18, 2010. This Order does not alter to briefing schedules previously ordered by the Court regarding these motions.

NCG also filed a motion to motion to strike portions of Plaintiffs' first amended complaint and noticed it to be heard on June 11, 2010. The Court HEREBY CONTINUES the hearing on this motion to June 18, 2010. The Court FURTHER ORDERS that any opposition to this motion shall be filed by no later than April 28, 2010 and any reply brief shall be filed by no later than May 5, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this

1 schedule, they may submit for the Court's consideration a stipulation and proposed order
2 demonstrating good cause for any modification requested.
3 **IT IS SO ORDERED.**

5 Dated: April 14, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE