Irv Ackelsberg, PA Bar# 23813
John J. Grogan, PA Bar# 72443
LANGER GROGAN & DIVER, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703
iackelsberg@langergrogan.com
Appearing *Pro Hac Vice*

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, LOIS ARTZ, ASHLEY HENDERSON, JANA SPERLING and TONI NEILSON, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>LEVINE LEICHTMAN CAPITAL PARTNERS, INC., LEVINE LEICHTMAN CAPITAL PARTNERS III, LP., LEVINE LEICHTMAN CAPITAL PARTNERS III, LLC, MICHAEL SCHRECK, BRETT STOHLTON and NATIONAL CORRECTIVE GROUP, INC (dba "Corrective Solutions),<br><br>Defendants. | Civ. No. 3:10-cv-0010 JSW<br><br>CLASS ACTION<br><br><br><br>STIPULATION GRANTING PLAINTIFFS EXTENSION OF TIME TO FILE OPPOSITION TO NCG'S MOTION TO STRIKE STATE LAW CLAIMS PURSUANT TO CAL. CODE CIV. P. § 426.16 ; ORDER |

AND NOW COME the parties in this matter, by and through their respective attorneys, STIPULATING and AGREEING as follows:

1. Subject to the Court's approval, Defendants agree to a one-week extension to the briefing schedule set in the Court's Order of April 14, 2010, regarding the

1 | motion to strike filed by NCG on April 13, 2010.  Under this agreement,
2 | Plaintiffs' Opposition will be due May 5, 2010, and NCG's Reply will be due
3 | May 12, 2010.

4 | 2. Plaintiffs agree that, in return for this extension, they will not oppose the motion
5 | based on the timing of the motion, or based on other procedural, non-substantive
6 | arguments.

/s/ Irv Ackelsberg
Irv Ackelsberg, PA Bar# 23813
John J. Grogan, PA Bar# 72443
LANGER GROGAN & DIVER, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel:  (215) 320-5660
Fax: (215) 320-5703
iackelsberg@langergrogan.com
Appearing *Pro Hac Vice*

Paul Arons, State Bar No. 84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Deepak Gupta, DC Bar No. 495451
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, D.C. 20009
Tel:  (202) 588-7739
Fax:  (202) 588-7795
dgupta@citizen.org

*Attorneys for the Plaintiffs*

/s/ M. Taitelman
Michael A. Taitelman (State Bar No. 156254)
Joshua Blum (Sate Bar No. 249082)
FREEDMAN & TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, CA 90067
Tel: (310) 201-0005
Fax: (310) 201-0045
mtaitelman@ftllp.com

*Attorneys for Defendants National Corrective Group, Inc*

Civ. No. 10-00010 JSW  --  Stipulation Granting Pltfs. Extension of Time: Page 2

| | |
|---|---|
| /s/ Scott M. Pearson | /s/ Douglas R. Schwartz |
| Scott M. Pearson, State Bar No. 173880 | Douglas R. Schwartz, State Bar No. 98666 |
| Julia B. Strickland, State Bar No. 83013 | Frank J. Gilbert, State Bar No. 129826 |
| STROOK & STROOK & LAVAN LLP | SCHWARTZ & CERA LLP |
| 2029 Century Park East, 16th Floor | 44 Montgomery Street, Suite 3850 |
| Los Angeles, CA 90067-3086 | San Francisco, CA 94194 |
| Tel: (310) 556-5800 | Tel: (415) 956-2600 |
| Fax: (310) 556-5959 | Fax: (415) 438-2655 |
| lacalendar@strook.com | doug@schwartz-cera.com |

*Attorneys for Defendants Levine Leichtman Capital Partners, Inc. and Levine Leichtman Capital Partners III, LP*

*Attorneys for Defendants Michael Streck and Brett Stohlton*

The parties have not demonstrated good cause for the extension. Therefore, the Court DENIES the parties' stipulation. This Order is without prejudice to the parties making a showing of good cause.

Dated: April 21, 2010

IT IS SO ORDERED

*Judge Jeffrey S. White*

Civ. No. 10-00010 JSW -- Stipulation Granting Pltfs. Extension of Time: Page 3