Irv Ackelsberg, PA Bar# 23813
John J. Grogan, PA Bar# 72443
LANGER GROGAN & DIVER, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703
iackelsberg@langergrogan.com
Appearing Pro Hac Vice
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, LOIS ARTZ, ASHLEY HENDERSON, JANA SPERLING and TONI NEILSON, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>LEVINE LEICHTMAN CAPITAL PARTNERS, INC., LEVINE LEICHTMAN CAPITAL PARTNERS III, LP., LEVINE LEICHTMAN CAPITAL PARTNERS III, LLC, MICHAEL SCHRECK, BRETT STOHLTON and NATIONAL CORRECTIVE GROUP, INC (dba "Corrective Solutions),<br><br>Defendants. | Civ. No. 3:10-cv-0010 JSW<br><br>CLASS ACTION<br><br><s>PROPOSED</s> ORDER APPROVING STIPULATON AND GRANTING PLAINTIFFS EXTENSION OF TIME TO FILE OPPOSITION TO NCG'S MOTION TO STRIKE |

The Court has received the Stipulation signed by all parties and filed on April 21, 010. The Stipulation is HEREBY APPROVED, the press of counsel's business being sufficient good cause to grant the parties the requested one-week extension.

Accordingly, Plaintiffs' opposition to the NCG motion to strike shall be filed no later than May 5, 2010, and any reply brief shall be filed no later than May 12, 2010. Pursuant to the Stipulation, Plaintiffs will not oppose the motion based on the timing of the motion, or based on other procedural, non-substantive arguments.

Civ. Action No. 10-00010-JSW – <s>Proposed</s> Order Approving Stipulation for Extension of Time, Page 1

1     IT IS SO ORDERED.

2 Dated: April 22, 2010

                                                                      _____
3                                                                        JEFFREY S. WHITE
                                                                       United States District Court

Civ. Action No. 10-00010-JSW – Proposed Order Approving Stipulation for Extension of Time, Page 2