```
 1  Irv Ackelsberg, PA Bar# 23813
    John J. Grogan, PA Bar# 72443
 2  LANGER GROGAN & DIVER, P.C.
    1717 Arch Street, Suite 4130
 3  Philadelphia, PA 19103
    Tel: (215) 320-5660
 4  Fax: (215) 320-5703
    iackelsberg@langergrogan.com
 5  Appearing Pro Hac Vice
 6
    Deepak Gupta, D.C. Bar #495451
 7  (pro hac vice applied for)
    PUBLIC CITIZEN LITIGATION GROUP
 8  1600 20th Street, NW
    Washington, DC 20009
 9  Tel: (202) 588-1000
    Fax: (202) 588-7795
10  dgupta@citizen.org
11
12  (Additional Plaintiffs' Counsel on Signature Page)
13  Attorneys for Plaintiffs
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, LOIS ARTZ, ASHLEY HENDERSON, JANA SPERLING and TONI, NEILSON, on their own behalf and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br>v.                                                  :<br><br>LEVINE LEICHTMAN CAPITAL PARTNERS, INC., LEVINE LEICHTMAN CAPITAL PARTNERS III, LP., LEVINE LEICHTMAN CAPITAL PARTNERS III, LLC, MICHAEL SCHRECK, BRETT STOHLTON and NATIONAL CORRECTIVE GROUP, INC (dba "Corrective Solutions),<br><br>                    Defendants. | Civ. No. 3:10-cv-0010 JSW<br><br>CLASS ACTION<br><br>DECLARATION OF LOIS ARTZ IN OPPOSITION TO NATIONAL CORRECTIVE GROUP, INC's SPECIAL MOTION TO STRIKE COUNTS III, IV AND V OF THE FIRST AMENDED COMPLAINT [Docket No. 37]<br><br>Date: June 18, 2010<br>Time: 9:00 a.m.<br>Courtroom 11 |

I, Lois Artz, declare as follows:

1. I live in Petaluma, California and have for many years. In November 2005, I was retired and living on a fixed income of $875 per month, taking care of my terminally ill daughter who has since passed away. In October 2005, I wrote a check in the amount of $26.62 to Cigarettes R Cheaper for a carton of cigarettes. The check did not clear. In November 2005, I received a letter dated November 23, 2005 on the letterhead of the "Sonoma County District Attorney Check Restitution Program." The letter was entitled "OFFICIAL NOTICE", over the signature of "Kenneth J. Gnoss, Chief Deputy District Attorney." The letter stated that the Sonoma County District Attorney had received a crime report accusing me of issuing a "Worthless Check" in violation of criminal law. It said that I could be sent to prison for up to one year. The letter explained that to avoid appearing in criminal court had having a police record, I had to enroll in a "Bad Check Restitution" program and pay the check amount, a $10 "Returned Item Fee," a $35 "Admin Fee," and a $125 "Program Fee." The total amount demanded was $196.62. A copy of this letter is attached to this declaration as Exhibit 1.

2. When I received the letter, I was terrified and panicked. Up until then, I had never been threatened with arrest for anything. I had been employed by Bank of America for most of my working life, and had been a bank manager for years. Based on the statements in the letter, I believed that the local district attorney was accusing me of committing a crime, and that if I did not do everything demanded in the letter, including paying $197.62 and participating in a "special Bad Check Restitution Program", I could go to jail. The fact that the letter came from the district attorney was particularly alarming. Whether or not I thought I had done anything wrong, I figured that if the district attorney was accusing me of being a criminal, I needed to do whatever the letter said to stay out of trouble.

3. With my limited income, I could not afford to pay the amount demanded in one payment, so I called the toll-free number listed in the letter, contacting what I thought was the Sonoma County district attorney's office. I arranged to pay the amount demanded in two payments. I was charged an additional $10.00 for this payment plan. On December 6, 2005, I

DECLARATION OF LOIS ARTZ IN OPPOSITION TO NCG MOTION TO STRIKE: Page 1

mailed a payment of $98.31 to the P.O. Box in Santa Rosa, California listed in the Official Notice. (I later learned from my lawyer that this was a mail drop and that my payment was mailed, unopened, to ACCS.)  When I spoke with the persons who I thought worked at the Sonoma County district attorney's office, I also explained that I had severe osteoporosis, for which I was being treated, and that I could not sit for an eight hour "Financial Accountability Class."  I was told that I could take a home study class instead, but only if I had a note from my doctor.  To get a note, I had to schedule an appointment, take a bus to and from the doctor's office, and pay $35.00 for the appointment.  I received the home study book and conscientiously worked to complete the course.  The workbook included sections on balancing a checkbook and handling finances.  I was humiliated both by having to complete the workbook, and by the whole experience.  I avoided telling any of my family members about this incident, and I hid the letters and workbook in my house, so that no one in my family would know that I was being accused of a crime.  I remember during this time that I saw a police car drive through the neighborhood and stop next to my house, and I was afraid that they were coming to get me because of the check.

    4.  In January 2006, I contacted what I thought was the district attorney, to make the second payment over the phone.  I was told that a second check, for $11.13 to the local Grocery Outlet store, had not cleared, and that I also had to pay the check amount, plus $45.00 in additional charges.  (I later learned that this check was submitted by Certegy, Inc., not by the store.)  On January 6, 2006, I paid the balance demanded of $164.44.  Altogether, I paid $225.00 in fees to ACCS for two checks totaling $37.75.  I also had to pay bank fees for each check and had to pay my doctor for an appointment to get a note excusing me from attending the Financial Accountability Class.  The ACCS fees alone were more than 25% of my monthly income.

    5.  Having avoided trouble with the district attorney by making the payments demanded and completing the Home Study book, I was relieved to put this experience behind me. Three months later, in April 2006, I read an article in the Santa Rosa Press Democrat, about an 81-year old Santa Rosa resident who had also been contacted by the Santa Rosa District Attorney Bad Check Restitution Program, about a $15.00 check she had written to Safeway.  I learned from the

DECLARATION OF LOIS ARTZ IN OPPOSITION TO NCG MOTION TO STRIKE: Page 2

article that the program was operated by a private company, American Corrective Counseling Services, Inc., in San Clemente, California.). I was surprised and upset to learn that I had been dealing with a private company, not the district attorney, and that the company appeared to prey on senior citizens. I had been terrified and humiliated by the whole experience and when I learned that there was a lawsuit to stop these practices, I decided to participate to try to stop this from happening to other people.

        I declare, under penalty of perjury that the foregoing is true and correct. This declaration is executed on April 30, 2010.

_____
Lois Artz

DECLARATION OF LOIS ARTZ IN OPPOSITION TO NCG MOTION TO STRIKE: Page 3