IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, et al., | |
| Plaintiffs, | No. C 10-00010 JSW |
| v. | |
| LEVINE LEICHTMAN CAPITAL PARTNERS, INC., et al., | **ORDER VACATING HEARING** |
| Defendants. | |

The motions to dismiss filed by Defendants Levine Leichtman Capital Partners, Inc. and Levine Leichtman Capital Partners III, L.P. and by Defendant National Corrective Group, Inc. ("NCG"), the motion to strike pursuant to Federal Rule of Civil Procedure 12(f) filed by Defendants Michael Schreck ("Schreck") and Brett Stohlton ("Stohlton"), and the motion to strike pursuant to California Code of Civil Procedure 425.16 filed by NCG are currently set for hearing on Friday, June 18, 2010 at 9:00 a.m. These matters are now fully briefed and ripe for consideration. The Court finds that these matters are appropriate for disposition without oral argument and are deemed submitted. *See* Civ. L.R. 7-19(b). Accordingly, the hearing set for June 18, 2010 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: June 15, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE