1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, LOIS ARTZ, ASHLEY HENDERSON, JANA SPERLING, and TONI NEILSON, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LEVINE LEICHTMAN CAPITAL PARTNERS, INC., LEVINE LEICHTMAN CAPITAL PARTNERS III, L.P., LEVINE LEICHTMAN CAPITAL PARTNERS III, LLC, MICHAEL SCHRECK, BRETT STOHLTON and NATIONAL CORRECTIVE GROUP, INC. (dba Corrective Solutions),<br><br>Defendants. | Civ. No. 3:10-cv-0010 JSW<br><br>**CLASS ACTION**<br><br>[PROPOSED] ORDER RE: STIPULATION TO CONTINUE HEARING ON DEFENDANT NATIONAL CORRECTIVE GROUP, INC.'S MOTION TO DENY CLASS CERTIFICATION, OR IN THE ALTERNATIVE, STRIKE CLASS ALLEGATIONS, OR REQUIRE PLAINTIFFS' COUNSEL TO WITHDRAW |

1  Pursuant to the Stipulation to Continue National Corrective Group, Inc.'s Motion to Deny
2  Class Certification, or in the Alternative, Strike Class Allegations, or Require Plaintiffs' Counsel
3  to Withdraw (the "Motion"), and good cause appearing,
4  IT IS HEREBY ORDERED that the Motion shall be continued from July 23, 2010 to September 3, 2010 at 9:00. a.m. The Court FURTHER ORDERS that the case management
5  ~~August 13, 2010 at 1:30 p.m.~~ conference be CONTINUED to September 3, 2010 at 9:00 a.m.
6  IT IS SO ORDERED.

8  Dated: July 19, 2010

   _____
   JEFFREY S. WHITE
   Judge of the United States District Court for the Northern District of California

11 Respectfully submitted by:
12 FREEDMAN & TAITELMAN, LLP

14 By: ___/S/ M. Taitelman
   MICHAEL A. TAITELMAN
15 Attorneys for Defendant NATIONAL
16 CORRECTIVE GROUP, INC.

---

1

Civ. No. 10-0010 JSW
[PROPOSED] ORDER RE: STIPULATION TO CONTINUE HEARING ON DEFENDANT NATIONAL CORRECTIVE GROUP, INC.'S MOTION TO DENY CLASS CERTIFICATION, OR IN THE ALTERNATIVE, STRIKE CLASS ALLEGATIONS, OR REQUIRE PLAINTIFFS' COUNSEL TO WITHDRAW