UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LEVINE LEICHTMAN CAPITAL,<br><br>　　　　　Defendant(s). | CASE NO. 10-CV-00010 JSW<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS MICHAEL C. SCHRECK AND BRETT STOHLTON TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT, INTERROGATORIES AND REQUESTS FOR PRODUCTION**<br><br>Judge: JEFFREY S. WHITE |

The Stipulation for Extension of Time for Defendants Michael C. Schreck and Brett Stohlton to Respond to Plaintiffs' Second Amended Complaint, Interrogatories and Requests for Production is hereby approved.

DATED: July 29, 2010

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

4851-3135-8727.1

---

[~~PROPOSED~~] ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT, INTERROGATORIES AND REQUESTS FOR PRODUCTION
(Case No. 10-CV-00010-JSW)