# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, et al. | CASE NO. 10-CV-00010 JSW |
| Plaintiff, | [~~PROPOSED~~] ORDER REQARDING REQUEST FOR LEAVE TO FILE SUBSTITUTION OF ATTORNEY |
| v. | |
| LEVINE LEICHTMAN CAPITAL, et al. | Judge: JEFFREY S. WHITE |
| Defendant(s). | |

On July 27, 2010, Defendants Michael C. Schreck ("Schreck") and Brett Stohlton ("Stohlton") efiled a Substitution of Attorney with the above-entitled Court. A true and correct copy of the Substitution of Attorney is attached hereto as Exhibit "A."

1  Having considered Defendants Schreck and Stohlton's
2  request for an Order from the Court granting leave to file the
3  Substitution of Attorney, the Court hereby accepts the
4  Substitution of Attorney for Defendants Schreck and Stohlton.

DATED: July 30, 2010        By: _Jeffrey S White_
                            JUDGE OF THE UNITED STATES
                            DISTRICT COURT

4816-2524-8519.1

2
[PROPOSED] ORDER RE LEAVE TO FILE SUBSTITUTION OF ATTORNEY
(Case No. 10-CV-00010-JSW)