IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LEVINE LEICHTMAN CAPITAL PARTNERS, INC., et al.,<br><br>    Defendants.<br>_____ / | No. C 10-00010 JSW<br><br>**ORDER (1) CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE AND (2) SETTING BRIEFING SCHEDULE** |

The Court HEREBY CONTINUES the hearing on (1) the motion filed by defendant National Corrective Group, Inc. ("NCG") to amend the Order regarding Defendants' motions to dismiss and motions to strike entered June 29, 2010 to certify an interlocutory appeal, and to stay this action pending a decision by the Ninth Circuit and (2) NCG's motion to deny class certification, or in the alternative, strike class allegations, or require Plaintiffs' counsel to withdraw to October 1, 2010 at 9:00 a.m. The Court FURTHER ORDERS that the Case Management Conference is continued to October 15, 2010 at 1:30 p.m.

The opposition to the motion to dismiss filed by defendants Michael C. Schreck and Brett Stohlton, noticed to be heard on October 1, 2010, shall be filed by September 7, 2010. Any reply shall be filed by September 14, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this

schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 23, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE