IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, et al., | |
| Plaintiffs, | No. C 10-00010 JSW |
| v. | |
| LEVINE LEICHTMAN CAPITAL PARTNERS, INC., et al., | **ORDER GRANTING STIPULATION TO CONTINUE HEARING AS MODIFIED** |
| Defendants. | |

The Court has received the stipulation filed by Plaintiffs and Defendants Michael C. Schreck and Brett Stohlton to continue the hearing and briefing schedule on Schreck and Stohlton's motion to dismiss. The Court HEREBY CONTINUES the hearing to October 8, 2010 on (1) Schreck and Stohlton's motion to dismiss; (2) the motion filed by defendant National Corrective Group, Inc. ("NCG") to amend the Order regarding Defendants' motions to dismiss and motions to strike entered June 29, 2010 to certify an interlocutory appeal, and to stay this action pending a decision by the Ninth Circuit; and (3) NCG's motion to deny class certification, or in the alternative, strike class allegations, or require Plaintiffs' counsel to withdraw to October 1, 2010 at 9:00 a.m. The Court FURTHER ORDERS that the Case Management Conference is continued to October 22, 2010 at 1:30 p.m.

The opposition to Schreck and Stohlton's motion to dismiss shall be filed by September 15, 2010. Any reply shall be filed by September 22, 2010.

1   If the Court determines that the matter is suitable for resolution without oral argument, it
2 will so advise the parties in advance of the hearing date. If the parties wish to modify this
3 schedule, they may submit for the Court's consideration a stipulation and proposed order
4 demonstrating good cause for any modification requested.

5   **IT IS SO ORDERED.**

7   Dated: August 26, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE