Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Irv Ackelsberg [PA Bar# 23813]
John J. Grogan [PA Bar# 72443]
LANGER GROGAN & DIVER, P.C.
(pro hac vice)
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel:  (215) 320-5660
Fax: (215) 320-5703
iackelsberg@langergrogan.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CHRISTINA SMITH, LOIS ARTZ, ASHLEY HENDERSON and JANA SPERLING, on their own behalf and on behalf of others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> LEVINE LEICHTMAN CAPITAL PARTNERS, INC, et al. <br><br> Defendants. | Civ. No. 3:10-0010 JSW <br><br> CLASS ACTION <br><br> ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE MOTION TO STRIKE AFFIRMATIVE DEFENSES <br> (~~proposed~~) |

      Having considered the stipulation and request for an extension of time for plaintiffs to file a motion to strike affirmative defenses filed by plaintiffs Christina Smith, Lois Artz, Ashley Henderson and Jana Sperling, and defendants Levine Leichtman Capital Partners, Inc., Levine Leichtman Capital Partners III, LP., Levine Leichtman Capital Partners III, LLC, (LLCP) and National Corrective Group, Inc. (NCG), and good cause appearing therefore,

1  IT IS HEREBY ORDERED that the request is granted. Plaintiffs shall have until September 7, 2010 to file a Motion to Strike Affirmative Defenses.

**IT IS SO ORDERED.**

DATE: August 31, 2010

_____
Hon. Jeffery S. White, Judge
United States District Court