1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, LOIS ARTZ, ASHLEY HENDERSON, JANA SPERLING, and TONI NEILSON, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LEVINE LEICHTMAN CAPITAL PARTNERS, INC., LEVINE LEICHTMAN CAPITAL PARTNERS III, L.P., LEVINE LEICHTMAN CAPITAL PARTNERS III, LLC, MICHAEL SCHRECK, BRETT STOHLTON and NATIONAL CORRECTIVE GROUP, INC. (dba Corrective Solutions),<br><br>Defendants. | Civ. No. 3:10-cv-0010 JSW<br><br>**CLASS ACTION**<br><br>[PROPOSED] ORDER RE: STIPULATION FOR DEFENDANT NATIONAL CORRECTIVE GROUP, INC. TO FILE AND SERVE ITS AMENDED ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT |

1  Pursuant to the Stipulation for Defendant National Corrective Group, Inc. to File and
2  Serve Its Amended Answer to Plaintiffs' Second Amended Complaint, and good cause
3  appearing,
4  IT IS HEREBY ORDERED that the Defendant National Corrective Group, Inc. shall an
5  extension of time to file and serve an Amended Answer to the Second Amended Complaint up to
6  and including September 15, 2010.
7  IT IS SO ORDERED.

Dated: September 3, 2010

_____
JEFFREY S. WHITE
Judge of the United States District Court for the
Northern District of California

Respectfully submitted by:

FREEDMAN & TAITELMAN, LLP


By:  /S/ M. Taitelman
MICHAEL A. TAITELMAN
Attorneys for Defendant NATIONAL
CORRECTIVE GROUP, INC.

---

1
Civ. No. 10-0010 JSW
[PROPOSED] ORDER RE: STIPULATION TO CONTINUE HEARING ON DEFENDANT NATIONAL CORRECTIVE
GROUP, INC.'S MOTION TO DENY CLASS CERTIFICATION, OR IN THE ALTERNATIVE, STRIKE CLASS
ALLEGATIONS, OR REQUIRE PLAINTIFFS' COUNSEL TO WITHDRAW