Irv Ackelsberg, PA Bar# 23813
John J. Grogan, PA Bar# 72443
LANGER GROGAN & DIVER, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Tel: (215) 320-5660
Fax: (215) 320-5703
iackelsberg@langergrogan.com
Appearing *Pro Hac Vice*

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, LOIS ARTZ, ASHLEY HENDERSON, JANA SPERLING and TONI NEILSON, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>LEVINE LEICHTMAN CAPITAL PARTNERS, INC., LEVINE LEICHTMAN CAPITAL PARTNERS III, LP., LEVINE LEICHTMAN CAPITAL PARTNERS III, LLC, MICHAEL SCHRECK, BRETT STOHLTON and NATIONAL CORRECTIVE GROUP, INC (dba "Corrective Solutions),<br><br>Defendants. | Civ. No. 3:10-cv-0010 JSW<br><br>CLASS ACTION<br><br><br><br>(Proposed) ORDER GRANTING STIPULATION TO CONTINUE HEARINGS |

The Court has received the stipulation filed by the parties to continue hearings on the pending motions, currently scheduled for October 8, 2010, to the day of the scheduled Case Management Conference, October 22, 2010. The Court HEREBY CONTINUES the hearing to October 22, 2010, 9:00 a.m. on (1) the motion of defendants Michael Schreck and Brett Stohlton to dismiss or require joinder; (2) the motion of defendant National Corrective Group, Inc. ("NCG") for interlocutory appeal and to stay action; (3) NCG's motion to deny class certification, or in the alternative, strike class allegations or require Plaintiffs' counsel to withdraw; and

1  (4) Plaintiffs' motion to strike affirmative defenses of defendants Levine Leichtman Capital
2  Partners, Inc. and Levine Leichtman Capital Partners III, L.P. to October 22, 2010 at 9:00 a.m.
3      If the Court determines that any of the said motions are suitable for resolution without oral
4  argument, it will so advise the parties in advance of the hearing date.
5  ~~IT IS SO ORDERED.~~

6  ~~Dated:~~
7                    ~~JEFFREY S. WHITE~~
                  ~~UNITED STATES DISTRICT JUDGE~~
8
9      Plaintiffs' reply in support of their motion to strike shall remain due by September 24, 2010.
10 The Court will hold the case management conference at 9:00 a.m., following the hearing on the above motions. If the Court vacates the hearing date on the above motions, the case management conference will be held at 1:30 p.m. on October 22, 2010.

15 Dated: September 23, 2010

