Daniel M. Livingston, Bar No. 105981
E-Mail: dml@paynefears.com
Benjamin A. Nix, Bar No.138258
E-Mail: ban@paynefears.com
Erik M. Andersen, Bar No. 220513
E-mail: ema@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendants
Michael C. Schreck and Brett Stohlton

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LEVINE LEICHTMAN CAPITAL, et al.,<br><br>　　　　Defendants. | CASE NO. 10-CV-00010 JSW<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DEFENDANT MICHAEL SCHRECK IN OPPOSITION TO PLAINTIFFS' MOTION SEEKING RELIEF AGAINST THIRD PARTY ATTORNEYS, DEFENDANTS AND THEIR COUNSEL UNDER THE ALL WRITS ACT AND RULE 23(D)**<br><br>[Filed Concurrently with Schreck and Stohlton's Opposition to Plaintiffs' All Writs Act Motion, Declaration of Brett Stohlton, Request for Judicial Notice and Declaration of Jeffrey Hayes]<br><br>Date:　　November 5, 2010<br>Time:　　9:00 a.m.<br>Judge:　　Jeffrey S. White |

---

Declaration of Defendant Michael Schreck in support of Schreck and Stohlton's Opposition to
Plaintiffs' All Writs Act Motion
(Case No. 10-CV-00010-JSW)

I, Michael C. Schreck, declare as follows:

1.     I recently became aware that plaintiff Madeline Johnson filed a complaint in California State Court against the attorneys for the class certified in *Del Campo v. American Corrective Counseling Services, Inc.*, Case No. 01-21151-JW, 254 F.R.D. 585 (N.D. Cal. 2008) (the "*Del Campo* Action"), alleging legal malpractice, breach of fiduciary duties and breach of contract (the "Malpractice Action").  I was not aware of the Malpractice Action prior to its filing.

2.     I have not had any communication, either directly or indirectly, with Madeline Johnson, or any of the attorneys representing her in the Malpractice Action, or their agents or associates.

3.     I am also not aware of any communications that any other persons or entities may have had, either directly or indirectly with Madeline Johnson, or any of the attorneys representing her in the Malpractice Action, or their agents or associates.

4.     Likewise, I have not had any communications, either directly or indirectly, with any members of the class certified in the *Del Campo* Action or with the lead plaintiffs in this case, Christina Smith, Lois Artz, Ashley Henderson, Jana Sperling and Toni Neilson (collectively, the "Plaintiffs"), since the commencement of this action.

5.     I do not have any information concerning any efforts made by any individual or entities to contact members of the class certified in the *Del Campo* Action since the commencement of this action.

6.     When Plaintiffs filed their Motion Seeking Relief Against Third-Party

1

Declaration of Defendant Michael Schreck in support of Schreck and Stohlton's Opposition to Plaintiffs' All Writs Act Motion
(Case No. 10-CV-00010-JSW)

Attorneys, Defendants and Their Counsel and Other Unknown Person, Under the All Writs Act and Rule 23(d), I learned for the first time of the anonymous letter reportedly received by Ashorina Medina, a representative plaintiff in the *Del Campo* Action (the "Anonymous Letter").

7. I have no information concerning the drafting or transmission of the Anonymous Letter, including no knowledge about the source of any of the information contained in the Anonymous Letter. I do know that I was not a source for any of the information in the Anonymous Letter.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct, and, if called as a witness, I could competently testify to all matters contained in this Declaration.

Executed the 15th day of October 2010, at Newport Beach, California.



By:_____
MICHAEL C. SCHRECK

2

Declaration of Defendant Michael Schreck in support of Schreck and Stohlton's Opposition to Plaintiffs' All Writs Act Motion
(Case No. 10-CV-00010-JSW)