IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> LEVINE LEICHTMAN CAPITAL PARTNERS, INC., et al., <br><br>  Defendants. <br>_____ / | No. C 10-00010 JSW <br><br> **ORDER VACATING HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE** |

The following motions: (1) the motion filed by defendant National Corrective Group, Inc. ("NCG") to amend the Order regarding Defendants' motions to dismiss and motions to strike entered June 29, 2010 to certify an interlocutory appeal, and to stay this action pending a decision by the Ninth Circuit; (2) Plaintiffs' motion to strike affirmative defenses; and (3) the motion to dismiss filed by Defendants Michael Schreck and Brett Stohlton are currently set for hearing on Friday, October 22, 2010 at 9:00 a.m. These matters are now fully briefed and ripe for consideration. The Court finds that these matters are appropriate for disposition without oral argument and are deemed submitted. *See* Civ. L.R. 7-19(b). Accordingly, the hearing set for October 22, 2010 is HEREBY VACATED.

///

///

///

///

1 The Court FURTHER ORDERS that the case management conference currently scheduled for October 22, 2010 is continued to December 3, 2010 at 1:30 p.m. The parties shall file an updated joint case management statement by no later than November 26, 2010.

**IT IS SO ORDERED.**

Dated: October 19, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE