**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, et al., | |
| Plaintiffs, | No. C 10-00010 JSW |
| v. | |
| LEVINE LEICHTMAN CAPITAL PARTNERS, INC., et al., | **AMENDED ORDER VACATING HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| Defendants. | |

All motions currently set for hearing on Friday, October 22, 2010 at 9:00 a.m. are now fully briefed and ripe for consideration. The Court finds that these matters are appropriate for disposition without oral argument and are deemed submitted. *See* Civ. L.R. 7-19(b). Accordingly, the hearing set for October 22, 2010 is HEREBY VACATED.

The Court FURTHER ORDERS that the case management conference currently scheduled for October 22, 2010 is continued to December 3, 2010 at 1:30 p.m. The parties shall file an updated joint case management statement by no later than November 26, 2010.

**IT IS SO ORDERED.**

Dated: October 19, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE