**United States District Court**
For the Northern District of California

1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    CHRISTINA SMITH, et al.,

10           Plaintiffs,                          No. C 10-00010 JSW

11      v.

12   LEVINE LEICHTMAN CAPITAL            **ORDER DENYING PLAINTIFFS**
     PARTNERS, INC., et al.,             **MOTION UNDER THE ALL**
13                                       **WRITS ACT AND RULE 23(D)**
             Defendants.
14   _____/

15

16        Now before the Court is the motion against third-party attorneys, Defendants and their

17   counsel under the All Writs Act and Federal Rule of Civil Procedure 23(d).  This matter is now

18   fully briefed and ripe for consideration.  The Court finds that this matter is appropriate for

19   disposition without oral argument and is deemed submitted.  *See* Civ. L.R. 7-19(b).

20   Accordingly, the hearing set for November 5, 2010 is HEREBY VACATED.  Having carefully

21   reviewed the parties' papers, considered their arguments and the relevant authority, and good

22   cause appearing, the Court hereby denies Plaintiffs' motion.

23        In their reply brief, Plaintiffs clarify that they are no longer seeking to enjoin the

24   malpractice action pending in state court.  Instead, Plaintiffs' are seeking to enjoin the plaintiff

25   in that action and her attorneys from filing any additional similar actions in any court other than

26   the Northern District of California, bar such individuals from communicating with members of

27   the class Plaintiffs seek to represent in the above captioned matter, and seek discovery from

28   such individuals, as well as from Defendants in the above captioned matter and their counsel.

United States District Court
For the Northern District of California

1   The Court will not enjoin potential future malpractice actions where Plaintiffs have not

2   demonstrated that such future actions are even likely to be filed.  Moreover, such state law

3   claims must be filed in state court, not federal court.

4        The Court further declines to enjoin future communications in the absence of any

5   evidence that the plaintiff in the pending malpractice action, her attorneys, Defendants in the

6   above captioned matter, and/or their attorneys actually engaged in any wrongdoing.  This Order

7   is without prejudice to Plaintiffs moving for similar relief if they obtain such evidence.

8        The remainder of Plaintiffs' motion seeks to obtain discovery from the plaintiff in the

9   pending malpractice action, her attorneys, Defendants in the above captioned matter, and their

10  attorneys.  The Court declines to order discovery to be produced in the absence of formal

11  discovery requests.  This Order is without prejudice to Plaintiffs formally seeking discovery

12  against the plaintiff in the pending malpractice action, her attorneys, Defendants in the above

13  captioned matter, and/or their attorneys in either the pending malpractice action or the above

14  captioned matter.  If the parties dispute the scope of discovery, they should raise such issues in

15  response to the specific discovery requests.  If Plaintiffs require additional discovery beyond the

16  limitations currently set, they should seek permission from the Court at such time.

17       To the extent the parties are unable to resolve disputes regarding specific discovery

18  requests, pursuant to Civil Local Rule 72-1, the Court HEREBY REFERS this matter to a

19  randomly assigned magistrate judge for resolution of such discovery disputes and for resolution

20  of all discovery matters.

21       **IT IS SO ORDERED.**

22

23  Dated: October 28, 2010

24                                                      JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE

25

26

27  cc:     Susan Imbriani

28

2