IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA SMITH, et al.,

    Plaintiffs,

v.

LEVINE LEICHTMAN CAPITAL PARTNERS, INC., et al.,

    Defendants.

No. C 10-00010 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO STAY**

    This matter is set for a hearing on February 4, 2011 on Defendants' motion to stay discovery pending ruling on dispositive motions. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than January 3, 2011 and a reply brief shall be filed by no later than January 10, 2011.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: December 17, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE