IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA SMITH, et al.,

    Plaintiffs,

v.

LEVINE LEICHTMAN CAPITAL PARTNERS, INC., et al.,

    Defendants.

No. C 10-00010 JSW

**ORDER VACATING HEARINGS ON DEFENDANTS' MOTIONS FOR LEAVE TO FILE**

    Defendants have filed two motions for leave to file supplemental requests for judicial notice, Docket Nos. 175 and 185. The Court recognizes those motions for leave to file as motions for administrative relief pursuant to Civil Local Rule 7-11. On December 3, 2010, Plaintiffs filed their response to Defendants motion filed on December 2, 2010. Plaintiffs must file any opposition to or support for the motion filed on January 4, 2011, within the time permitted by Civil Local Rule 7-11, after which the motion will be deemed submitted. The hearings on the motions that Defendants have noticed for January 28, 2011 and February 11, 2011, are VACATED.

    **IT IS SO ORDERED.**

Dated: January 5, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE