**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    CHRISTINA SMITH, et al.,                     No. C 10-00010 JSW

10                    Plaintiffs,
                                                  **ORDER CONTINUING CASE**
11   v.                                           **MANAGEMENT CONFERENCE**

12   LEVINE LEICHTMAN CAPITAL PARTNERS
     INC, et al.,
13
                    Defendants.
14   _____/

15

16        The case management conference currently set for March 18, 2011, is hereby continued to

17   May 20, 2011, at 1:30 p.m., in Courtroom 11, 19th Floor, 450 Golden Gate Avenue, San Francisco,

18   California. The parties shall file a joint case management conference statement by no later than May

19   13, 2011. If the parties wish to modify this schedule, they may submit for the Court's consideration

20   a stipulation and proposed order demonstrating good cause for any modification requested.

21        **IT IS SO ORDERED.**

22

23   Dated: March 15, 2011
                                                  _____
24                                                JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE
25

26

27

28