IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LEVINE LEICHTMAN CAPITAL PARTNERS, INC., et al.,<br><br>　　　　　Defendants. | No. C-10-0010-JSW (EDL)<br><br>**ORDER ALLOWING ADDITIONAL TIME FOR COMPLIANCE WITH MARCH 10, 2011 DISCOVERY ORDER** |

On March 10, 2011, this Court issued an Order regarding a joint discovery letter in which it resolved several issues raised by the parties. With respect to two issues on which the Court found that it required further briefing, it held that if the parties could not reach agreement in light of the guidance provided by the Court, NCG should file a motion by March 16; Plaintiffs' opposition would be filed by March 21; and NCG's reply would be filed by March 24, with a hearing set for March 29. See Dkt. No. 204. The Court has been informed that Judge White recently issued an Order requiring Plaintiffs' counsel to withdraw due to an irreconcilable conflict of interest by no later than April 11, 2011. See Dkt. No. 203. NCG therefore requests that the deadlines set forth in this Court's Order be stayed, because it cannot meet and confer with Plaintiffs until the status of their representation is resolved or the case is dismissed. See Dkt. No. 207.

Good cause appearing, the Court hereby vacates the deadlines set forth in its previous Order. NCG shall file an update with the Court by no later than April 15, 2011 informing the Court of the status of the case and whether it intends to proceed with a discovery motion. If necessary, the Court

will set deadlines for the discovery motion upon receipt of NCG's update.

**IT IS SO ORDERED.**

Dated: March 15, 2011

ELIZABETH D. LAPORTE

United States Magistrate Judge