IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH,<br><br>        Plaintiff,<br><br>  v.<br><br>LEVINE LEICHTMAN CAPITAL PARTNERS, INC., et al.,<br><br>        Defendants. | No. C-10-0010-JSW (EDL)<br><br>**ORDER ALLOWING ADDITIONAL TIME FOR COMPLIANCE WITH MARCH 10, 2011 DISCOVERY ORDER** |

On March 10, 2011, this Court issued an Order regarding a joint discovery letter in which it resolved several issues raised by the parties. With respect to two issues on which the Court found that it required further briefing, it held that if the parties could not reach agreement in light of the guidance provided by the Court, NCG should file a motion by March 16. Thereafter, the Court extended this deadline and requested a status update by April 15 due to an Order by Judge White requiring Plaintiffs' counsel to withdraw as counsel. NCG timely filed an update in which it requests an additional 30 days in which to meet and confer with Plaintiffs' new counsel regarding the outstanding discovery issues identified in the Court's March 10, 2011 Order.

Good cause appearing, the Court hereby order that NCG shall have until May 17 to file a discovery motion regarding the remaining issues identified in the Court's March 10, 2011 Order, if

//

//

the parties can not resolve these disputed informally in light of the guidance previously provided by this Court.

**IT IS SO ORDERED.**

Dated: April _18_, 2011

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge

2