JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)
WHITNEY HUSTON (SBN 234863)
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone:     415-477-2410
Facsimile:      415-477-2420

Attorneys for Plaintiffs and the Putative Class

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
SCOTT M. PEARSON (State Bar No. 173880)
BRIAN C. FRONTINO (State Bar No. 222032)
2029 Century Park East, 16th Floor
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendants
LEVINE LEICHTMAN CAPITAL
PARTNERS, INC. and
LEVINE LEICHTMAN CAPITAL PARTNERS
III, L.P.

FREEDMAN & TAITELMAN, LLP
MICHAEL A. TAITELMAN (SBN
 156254)
1901 Ave of the Stars #500
 Los Angeles, CA 90067-6007
(310) 201-0005
mtaitelman@ftllp.com

Attorneys for Defendant
NATIONAL CORRECTIVE GROUP, INC.

BENJAMIN A. NIX (SBN 138258)
PAYNE & FEARS LLP
4 Park Plaza, Ste. 1100
Irvine, CA 92614-8550
949-851-1100
949-851-1212 (fax)
ban@paynefears.com

Attorneys for Defendants
MICHAEL SCHRECK and BRETT
STOHLTON

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTINA SMITH, LOIS ARTZ, ASHLEY HENDERSON, JANA SPERLING, and TONI NEILSON, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>LEVINE LEICHTMAN CAPITAL PARTNERS, INC., *et al*.,<br><br>            Defendants. | Case No.  3:10-cv-00010 JSW<br><br>**CLASS ACTION**<br><br>**[~~PROPOSED~~] ORDER ON JOINT STIPULATION TO CONTINUE DATES**<br><br>Courtroom: 11, 19th Flr.<br>Judge:       Hon. Jeffrey S. White<br><br>Complaint Filed:  January 4, 2010 |

Having considered the parties' Joint Stipulation To Continue Dates and good cause appearing therefore:

IT IS HEREBY ORDERED by and between the parties, through their respective counsel of record, that:

1. The parties shall inform the Court when their mediation with Judge Infante has been completed;  **and file a joint request to set a case management conference;**

2. The date for the parties to file their Joint Case Management Conference Statement shall be continued, with such Statement to be filed no later than thirty (30) days after the mediation with Judge Infante has been completed; and

3. The Case Management Conference set for May 20, 2011 shall be continued, but shall be set for no later than fourteen (14) days after the parties file their Joint Case Management Conference Statement.

**IT IS SO ORDERED.**

**DATED:** May 13, 2011

_____
The Honorable Jeffery S. White
United States District Judge