1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, LOIS ARTZ, ASHLEY HENDERSON, JANA SPERLING, and TONI NEILSON, on their own behalf and on behalf of others similarly situated,<br><br>   Plaintiffs,<br><br>   vs.<br><br>LEVINE LEICHTMAN CAPITAL PARTNERS, INC., LEVINE LEICHTMAN CAPITAL PARTNERS III, L.P., LEVINE LEICHTMAN CAPITAL PARTNERS III, LLC, MICHAEL SCHRECK, BRETT STOHLTON and NATIONAL CORRECTIVE GROUP, INC. (dba Corrective Solutions),<br><br>   Defendants. | Civ. No. 3:10-cv-0010 JSW(EDL)<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO CONTINUE DEADLINE FOR NATIONAL CORRECTIVE GROUP, INC. TO FILE MOTION TO RETAIN CONFIDENTIALITY DESIGNATION OF DOCUMENTS<br><br><br>Judge: Hon. Elizabeth D. Laporte<br>Courtroom: E - 15th Floor |

---

1  Having considered National Corrective Group, Inc. and Plaintiffs'
2  Stipulation to Continue the Deadline for National Corrective Group, Inc. to File
3  Its Motion to Retain the Confidentiality Designation of Documents, and good
4  cause appearing therefore:
5  IT IS HEREBY ORDERED by and between the parties, through their
6  respective counsel of record, that:
7  The deadline for National Corrective Group, Inc. to file its motion to retain
8  confidentiality of the documents at issue, pursuant to the Stipulated Protective
9  Order, is continued from May 17, 2011 to June 20, 2011.

**IT IS SO ORDERED.**

**DATED:** May 16, 2011

The Honorable Elizabeth D. Laporte
United States Magistrate Judge

---

Civ. No. 10-0010 JSW
[PROPOSED] ORDER ON STIPULATION TO CONTINUE NATIONAL CORRECTIVE GROUP, INC'S DEADLINE
TO FILE MOTION TO RETAIN CONFIDENTIALITY OF DOCUMENTS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28