IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, | No. C-10-0010-JSW (EDL) |
| Plaintiff, | **ORDER ALLOWING ADDITIONAL TIME FOR COMPLIANCE WITH MARCH 10, 2011 DISCOVERY ORDER** |
| v. | |
| LEVINE LEICHTMAN CAPITAL PARTNERS, INC., et al., | |
| Defendants. | |

On March 10, 2011, this Court issued an Order regarding a joint discovery letter in which it resolved several issues raised by the parties. With respect to two issues on which the Court found that it required further briefing, it held that if the parties could not reach agreement in light of the guidance provided by the Court, NCG should file a motion by March 16. Thereafter, the Court extended this deadline to April 15 due to an Order by Judge White requiring Plaintiffs' counsel to withdraw as counsel. Since then, this Court extended the deadline to May 17 to allow counsel time to meet and confer, and again extended the deadline to June 20 due to the parties' ongoing mediation efforts. Judge White has continued the case management conference indefinitely until the parties notify him that mediation has been completed, and the parties have informed this Court that mediation efforts are continuing. Good cause appearing, the deadline for NCG's discovery motion is extended. NCG shall notify the Court promptly when settlement negotiations have ended if a

//

settlement is not reached, and shall have 21 days thereafter in which to bring its motion.

**IT IS SO ORDERED.**

Dated: June 20, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge