UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, LOIS ARTZ, ASHLEY HENDERSON, JANA SPERLING, and TONI NEILSON, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LEVINE LEICHTMAN CAPITAL PARTNERS, INC., LEVINE LEICHTMAN CAPITAL PARTNERS III, L.P., LEVINE LEICHTMAN CAPITAL PARTNERS III, LLC, MICHAEL SCHRECK, BRETT STOHLTON and NATIONAL CORRECTIVE GROUP, INC. (dba Corrective Solutions),<br><br>Defendants. | Civ. No. 3:10-cv-0010 JSW<br><br>**CLASS ACTION**<br><br>[PROPOSED] ORDER ON STIPULATION TO STAY DEADLINE FOR DEFENDANTS TO FILE AND SERVE THEIR RESPONSES TO PLAINTIFFS' THIRD AMENDED COMPLAINT<br><br>Courtroom: 11<br>Judge: Hon. Jeffery S. White |

Having considered the Stipulation to Stay the Deadline for defendants Levine Leichtman Capital Partners, Inc., Levine Leichtman Capital Partners III, L.P., Michael Schreck, Brett Stohlton, and National Corrective Group, Inc. (collectively, "Defendants") to file their responses to plaintiffs' Third Amended Complaint, and good cause appearing therefore:

---

IT IS HEREBY ORDERED, that:

The deadline for Defendants to file and serve their responses to plaintiffs' Third Amended Complaint shall be stayed pending the determination of the final settlement approval in <u>Smith, et al. v. National Corrective Group, Inc., et al.</u>, No. 3:10-cv-0010 (N.D. Cal.) and <u>Shouse, et al. v. National Corrective Group, Inc., et al.</u>, No. 3:10-cv-0175 (M.D. Pa.) (the "Actions"). Should final settlement approval not be granted in the Actions, the Court will hold a status conference to determine how the Actions will proceed.

**IT IS SO ORDERED.**

DATED: February 15, 2012

The Honorable Jeffery S. White
United States District Court Judge