1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA SMITH, et al.,

    Plaintiffs,

v.

LEVINE LEICHTMAN CAPITAL PARTNERS, INC., et al.,

    Defendants.

No. C 10-00010 JSW

**ORDER VACATING HEARING AND REQUIRING REVISED PROPOSED ORDER**

The motion for preliminary approval of class action settlement filed by Plaintiffs is currently set for hearing on Friday, May 4, 2012 at 9:00 a.m. This matter is now fully briefed and ripe for consideration. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for May 4, 2012 is HEREBY VACATED.

The Court FURTHER ORDERS that by no later than May 10, 2012, Plaintiffs shall submit a revised proposed order granting the motion for preliminary approval with the following modifications:

(1)     Plaintiffs shall insert the date they filed their motion;

(2)     Plaintiffs shall insert the date the Settlement Agreement is dated;

(3)     Plaintiffs shall delete Toni Neilson as a plaintiff pursuant to the amendment to the Settlement Agreement;

(4) The deadline for the Settlement Administrator to establish a toll-free number shall precede the deadline to mail and publish the notice, in order to ensure that the Settlement Administrator can include this number in the notice;

(5) Plaintiffs shall amend the deadline for submitting claims to ninety days after the final approval hearing; and

(6) Plaintiffs shall amend the deadline for submitting objections and for opting out of the class to ninety days after the notice deadline.

Moreover, pursuant to 28 U.S.C. § 1715(b), Defendants should have already provided the requisite notice to the appropriate federal and state officials. By no later than May 10, 2012, Defendants shall file a declaration or declarations stating when they provided the notice required by this statute.

**IT IS SO ORDERED.**

Dated: May 3, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE