**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA SMITH, et al.,

Plaintiffs,

v.

LEVINE LEICHTMAN CAPITAL PARTNERS, INC., et al.,

Defendants.
_______________________________________/

No. C 10-00010 JSW

**ORDER VACATING HEARING AND REQUIRING REVISED PROPOSED ORDER**

The motion for preliminary approval of class action settlement filed by Plaintiffs is currently set for hearing on Friday, May 4, 2012 at 9:00 a.m. This matter is now fully briefed and ripe for consideration. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for May 4, 2012 is HEREBY VACATED.

The Court FURTHER ORDERS that by no later than May 10, 2012, Plaintiffs shall submit a revised proposed order granting the motion for preliminary approval with the following modifications:

(1) Plaintiffs shall insert the date they filed their motion;

(2) Plaintiffs shall insert the date the Settlement Agreement is dated;

(3) Plaintiffs shall delete Toni Neilson as a plaintiff pursuant to the amendment to the Settlement Agreement;

United States District Court
For the Northern District of California

(4) The deadline for the Settlement Administrator to establish a toll-free number shall precede the deadline to mail and publish the notice, in order to ensure that the Settlement Administrator can include this number in the notice;

(5) Plaintiffs shall amend the deadline for submitting claims to ninety days after the final approval hearing; and

(6) Plaintiffs shall amend the deadline for submitting objections and for opting out of the class to ninety days after the notice deadline.

Moreover, pursuant to 28 U.S.C. § 1715(b), Defendants should have already provided the requisite notice to the appropriate federal and state officials. By no later than May 10, 2012, Defendants shall file a declaration or declarations stating when they provided the notice required by this statute.

**IT IS SO ORDERED.**

Dated: May 3, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE