SCOTT M. PEARSON (SBN 173880)
E-mail: spearson@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, California  90067-3021
Telephone:  (310) 277-7200
Facsimile:  (310) 201-5219

Attorneys for Defendants
LEVINE LEICHTMAN CAPITAL PARTNERS, INC.
and LEVINE LEICHTMAN CAPITAL PARTNERS III, L.P.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, et al., | Case No. C 10-00010 JSW |
| Plaintiffs, | [PROPOSED] ORDER GRANTING SUBSTITUTION |
| v. | |
| LEVINE LEICHTMAN CAPITAL PARTNERS, INC., et al., | |
| Defendants. | |

## ORDER

Pursuant to the Notice of Substitution of Attorney, it is hereby ORDERED that the law firm of Seyfarth Shaw LLP is substituted as counsel of record for defendants Levine Leichtman Capital Partners, Inc. and Levine Leichtman Capital Partners III, L.P.

DATED: September 12, 2012

By _____
Hon. Jeffrey S. White
United States District Court Judge

[PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEY
CASE NO. c 10-00019 JSW

148116413v.1