SEYFARTH SHAW LLP
Scott M. Pearson (SBN 173880)
spearson@seyfarth.com
Joseph Escarez (SBN 266644)
jescarez@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
LEVINE LEICHTMAN CAPITAL PARTNERS,
INC. and LEVINE LEICHTMAN CAPITAL
PARTNERS III, L.P.

[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINA SMITH, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LEVINE LEICHTMAN CAPITAL PARTNERS, INC., et al.,<br><br>    Defendants. | Case No. C 10-00010 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE DESIGNATION OF CY PRES RECIPIENTS**<br><br>Date:     November 16, 2012<br>Time:     9:00 a.m.<br>Ctrm:     11, 19th Floor<br>Judge:    Hon. Jeffrey S. White<br><br>Date Action Filed: January 4, 2010 |

14958163v.1

WHEREAS, the Settlement Agreement calls for certain cy pres payments to be made to "one or more non-profit organizations jointly selected by the Settling Parties and approved by the Court";

WHEREAS, after good-faith negotiations, the parties have been unable to agree on which non-profit organizations they should recommend to the Court to receive the cy pres payments; and

WHEREAS, the parties have agreed to submit competing proposals to the Court, which shall determine which non-profit organizations should receive the cy pres payment under the settlement.

IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel of record, as follows:

1. The Parties hereby agree that the Court may select the recipients of cy pres payments under the settlement based on competing proposals from the parties;

2. The parties shall submit their proposals to the Court no later than October 26, 2012, with such proposals to be no longer than 10 pages in length, exclusive of exhibits;

3. Settlement Class Members may file responses to the proposals on or before November 5, 2012, with such responses not to exceed ten pages in length.

//
//
//

I attest that concurrence in the filing of the document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED.

DATED: October 25, 2012  SEYFARTH SHAW LLP

By: /s/ Scott M. Pearson
    Scott M. Pearson
    Joseph Escarez

Attorneys for Defendants
    LEVINE LEICHTMAN CAPITAL PARTNERS, INC. and LEVINE LEICHTMAN CAPITAL PARTNERS III, L.P.

DATED: October 25, 2012  FREEDMAN & TAITELMAN, LLP

By: /s/ Michael A. Taitelman
    Michael A. Taitelman
    Joshua G. Blum

Attorneys for Defendants
    NATIONAL CORRECTIVE GROUP, INC.

| | | |
|---|---|---|
| 1 | DATED: October 25, 2012 | PAYNE & FEARS LLP |
| 2 | | |
| 3 | | By: /s/ Daniel M. Livingston |
| 4 | | Daniel M. Livingston<br>Benjamin A. Nix |
| 5 | | Attorneys for Defendants |
| 6 | | MICHAEL C. SCHRECK and<br>BRETT STOHLTON |

DATED: October 25, 2012         THE STURDEVANT LAW FIRM
                                A PROFESSIONAL CORPORATION

                                DONOVAN AXLER, LLC


                                By: /s/ Noah Axler
                                    Noah Axler

                                Attorneys for Plaintiffs

### [PROPOSED] ORDER

The parties shall provide notice to Class Members by no later than October 29, 2012. By no later than October 30, 2012, the parties shall file a document in which they describe how such notice was provided. ~~PURSUANT TO STIPULATION, IT IS SO ORDERED~~ Pursuant to the stipulation as modified, IT IS SO ORDERED.

Dated: October 26, 2012

_____
The Honorable Jeffrey S. White

---

3

STIPULATION AND [~~PROPOSED~~] ORDER RE DESIGNATION OF CY PRES RECIPIENTS
CASE NO. C 10-00010 JSW

14958163v.1149561.1