**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA SMITH, et al.,

    Plaintiffs,

v.

LEVINE LEICHTMAN CAPITAL PARTNERS, INC., et al.,

    Defendants.

No. C 10-00010 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court HEREBY CONTINUES the case management conference to April 19, 2013. If the parties file a motion for approval of the class action settlement before April 12, 2013, the case management conference will be vacated.

**IT IS SO ORDERED.**

Dated: March 4, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE