| | |
|---|---|
| 1 | Scott M. Pearson (SBN 173880) |
| | spearson@seyfarth.com |
| 2 | Joseph A. Escarez (SBN 266644) |
| | jescarez@seyfarth.com |
| 3 | SEYFARTH SHAW LLP |
| | 2029 Century Park East, Suite 3500 |
| 4 | Los Angeles, California 90067-3021 |
| | Telephone:   (310) 277-7200 |
| 5 | Facsimile:    (310) 201-5219 |
| 6 | Attorneys for Defendants |
| | Levine Leichtman Capital Partners, Inc. and |
| 7 | Levine Leichtman Capital Partners III, L.P. |

James C. Sturdevant (SBN 94551)
jsturdevant@sturdevantlaw.com
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone:   (415) 477-2410
Facsimile:    (415) 477-2420

Attorneys for Plaintiffs

(Additional attorneys on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, LOIS ARTZ, ASHLEY HENDERSON and JANA SPERLING, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEVINE LEICHTMAN CAPITAL PARTNERS, INC., LEVINE LEICHTMAN CAPITAL PARTNERS III, LP., LEVINE LEICHTMAN CAPITAL PARTNERS III, LLC, MICHAEL SCHRECK, BRETT STOHLTON and NATIONAL CORRECTIVE GROUP, INC (dba "Corrective Solutions),<br><br>Defendants. | Case No. 3:10-cv-0010 JSW<br><br>**STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date  : June 28, 2013<br>Time  : 9:00 A.M.<br>Place : Courtroom 11 - 19th Floor<br>           450 Golden Gate Avenue<br>           San Francisco, CA 94102 |

STIPULATION RE REQUEST FOR HEARING

15475558v.1

1       WHEREAS, by Notice dated April 15, 2013 (Dock. 299), the Court set a case management conference in this case for May 10, 2013 at 1:30 p.m.; and

3       WHEREAS, on April 25, 2013, Plaintiffs filed a Notice of Motion and Motion for Preliminary Settlement Approval of a new settlement ("Motion") (Dock. 300); and

5       WHEREAS, Plaintiffs' Notice of Motion requested a hearing date of June 14, 2013 but, at the Court's request, Plaintiffs intend to re-notice their Motion for preliminary approval for June 28, 2013; and

8       WHEREAS, the parties believe that there is no current need for a case management conference due to the parties' settlement.

10       IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the case management conference, set for May 10, 2013, be continued until further notice.

13       IT IS SO STIPULATED.

DATED: April 29, 2013       Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Scott M. Pearson
    Scott M. Pearson

Attorneys for Defendants
Levine Leichtman Capital Partners, Inc. and
Levine Leichtman Capital Partners III, L.P.

THE STURDEVANT LAW FIRM

DATED: April 29, 2013       By: /s/ James C. Sturdevant
    James C. Sturdevant

Attorneys for Plaintiffs

2
STIPULATION RE REQUEST FOR HEARING

15475558v.1

**Additional Class Counsel**

DATED: April 29, 2013 By: /s/ Michael D. Donovan

Michael D. Donovan (pro hac vice)
mdonovan@donovanaxler.com
Noah Axler (pro hac vice)
naxler@donovanaxler.com
DONOVAN AXLER, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Telephone: (215) 732-6067
Facsimile: (215) 732-8060

DATED: April 29, 2013 By: /s/ Donald Driscoll

Donald Driscoll
COMMUNITY JUSTICE PROJECT
Suite 800, 429 Forbes Avenue
Pittsburgh, PA 15219
ddriscoll@cjplaw.org

**Additional Counsel for Defendants**

DATED: April 29, 2013 By: /s/ Michael A. Taitelman

Michael A. Taitelman (SBN 156254)
mtaitelman@ftllp.com
FREEDMAN & TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, CA 90067
Tel: (310) 201-0005
Fax: (310) 201-0045

Attorneys for Defendant
National Corrective Group, Inc

DATED: April 29, 2013 By: /s/ Daniel M. Livingston

Daniel M. Livingston (SBN 105981)
dml@paynefears.com
Benjamin A. Nix (SBN 138258)
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, CA 92614
Tel: (949) 851-1100
Fax: (949) 851-1212

|   |   |
|---|---|
| 1 | Attorneys for Defendants |
| 2 | Michael C. Schreck and Brett Stohlton |

4

STIPULATION RE REQUEST FOR HEARING

15475558v.1

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, the Case Management Conference set for May 10, 2013 in this matter is hereby ~~continued until further notice.~~ VACATED and will be reset by the Court at a later date if necessary.

IT IS SO ORDERED.

Dated: May 2, 2013

_____
The Honorable Jeffrey S. White

5

STIPULATION RE REQUEST FOR HEARING

15475558v.1