| | |
|---|---|
| 1 | Scott M. Pearson (SBN 173880) |
|   | spearson@seyfarth.com |
| 2 | Joseph A. Escarez (SBN 266644) |
|   | jescarez@seyfarth.com |
| 3 | SEYFARTH SHAW LLP |
|   | 2029 Century Park East, Suite 3500 |
| 4 | Los Angeles, California 90067-3021 |
|   | Telephone:   (310) 277-7200 |
| 5 | Facsimile:    (310) 201-5219 |
| 6 | Attorneys for Defendants |
|   | Levine Leichtman Capital Partners, Inc. and |
| 7 | Levine Leichtman Capital Partners III, L.P. |
| 8 | |
| 9 | James C. Sturdevant (SBN 94551) |
|   | jsturdevant@sturdevantlaw.com |
| 10| THE STURDEVANT LAW FIRM |
|   | A Professional Corporation |
| 11| 354 Pine Street, Fourth Floor |
|   | San Francisco, CA 94104 |
| 12| Telephone:   (415) 477-2410 |
|   | Facsimile:    (415) 477-2420 |
| 13| Attorneys for Plaintiffs |
| 14| (Additional attorneys on signature page) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, LOIS ARTZ, ASHLEY HENDERSON and JANA SPERLING, on their own behalf and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LEVINE LEICHTMAN CAPITAL PARTNERS, INC., LEVINE LEICHTMAN CAPITAL PARTNERS III, LP., LEVINE LEICHTMAN CAPITAL PARTNERS III, LLC, MICHAEL SCHRECK, BRETT STOHLTON and NATIONAL CORRECTIVE GROUP, INC (dba "Corrective Solutions), <br><br> Defendants. | Case No. 3:10-cv-0010 JSW <br><br> **STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** <br><br> Date  : June 28, 2013 <br> Time  : 9:00 A.M. <br> Place : Courtroom 11 - 19th Floor <br>         450 Golden Gate Avenue <br>         San Francisco, CA 94102 |

STIPULATION RE REQUEST FOR HEARING

15475558v.1

1  WHEREAS, by Notice dated April 15, 2013 (Dock. 299), the Court set a case
2  management conference in this case for May 10, 2013 at 1:30 p.m.; and
3  WHEREAS, on April 25, 2013, Plaintiffs filed a Notice of Motion and Motion for
4  Preliminary Settlement Approval of a new settlement ("Motion") (Dock. 300); and
5  WHEREAS, Plaintiffs' Notice of Motion requested a hearing date of June 14, 2013 but,
6  at the Court's request, Plaintiffs intend to re-notice their Motion for preliminary approval for
7  June 28, 2013; and
8  WHEREAS, the parties believe that there is no current need for a case management
9  conference due to the parties' settlement.
10  IT IS HEREBY STIPULATED, by and between the parties, through their respective
11  counsel of record, that the case management conference, set for May 10, 2013, be continued until
12  further notice.
13  IT IS SO STIPULATED.

DATED: April 29, 2013                           Respectfully submitted,

                                                SEYFARTH SHAW LLP


                                                By: /s/ Scott M. Pearson
                                                    Scott M. Pearson

                                                Attorneys for Defendants
                                                Levine Leichtman Capital Partners, Inc. and
                                                Levine Leichtman Capital Partners III, L.P.




                                                THE STURDEVANT LAW FIRM


DATED: April 29, 2013                           By:   /s/ James C. Sturdevant
                                                      James C. Sturdevant

                                                Attorneys for Plaintiffs

2
STIPULATION RE REQUEST FOR HEARING

15475558v.1

**Additional Class Counsel**

DATED: April 29, 2013          By:   /s/ Michael D. Donovan

                                      Michael D. Donovan (pro hac vice)
                                      mdonovan@donovanaxler.com
                                      Noah Axler (pro hac vice)
                                      naxler@donovanaxler.com
                                      DONOVAN AXLER, LLC
                                      1845 Walnut Street, Suite 1100
                                      Philadelphia, PA 19103
                                      Telephone:   (215) 732-6067
                                      Facsimile:     (215) 732-8060

DATED: April 29, 2013          By:   /s/ Donald Driscoll

                                      Donald Driscoll
                                      COMMUNITY JUSTICE PROJECT
                                      Suite 800, 429 Forbes Avenue
                                      Pittsburgh, PA 15219
                                      ddriscoll@cjplaw.org

**Additional Counsel for Defendants**

DATED: April 29, 2013          By:   /s/ Michael A. Taitelman

                                      Michael A. Taitelman (SBN 156254)
                                      mtaitelman@ftllp.com
                                      FREEDMAN & TAITELMAN, LLP
                                      1901 Avenue of the Stars, Suite 500
                                      Los Angeles, CA 90067
                                      Tel: (310) 201-0005
                                      Fax: (310) 201-0045

Attorneys for Defendant
National Corrective Group, Inc

DATED: April 29, 2013          By:   /s/ Daniel M. Livingston

                                      Daniel M. Livingston (SBN 105981)
                                      dml@paynefears.com
                                      Benjamin A. Nix (SBN 138258)
                                      PAYNE & FEARS LLP
                                      4 Park Plaza, Suite 1100
                                      Irvine, CA 92614
                                      Tel:  (949) 851-1100
                                      Fax: (949) 851-1212

STIPULATION RE REQUEST FOR HEARING

15475558v.1

Attorneys for Defendants
Michael C. Schreck and Brett Stohlton

4

STIPULATION RE REQUEST FOR HEARING

15475558v.1

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, the Case Management Conference set for May 10, 2013 in this matter is hereby ~~continued until further notice.~~ VACATED and will be reset by the Court at a later date if necessary.

IT IS SO ORDERED.

Dated: May 2, 2013

_____
The Honorable Jeffrey S. White

5
STIPULATION RE REQUEST FOR HEARING

15475558v.1