1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7

8                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    CHRISTINA SMITH, et al.,
                                                    No. C 10-00010 JSW
10              Plaintiffs,

11       v.                                         **ORDER CONTINUING FINAL
                                                    APPROVAL HEARING**
12   LEVINE LEICHTMAN CAPITAL
     PARTNERS, INC., et al.,
13
                Defendants.
14   _____/

15

16          The Court is no longer available on the date the final approval hearing is scheduled.

17   Accordingly, it is HEREBY ORDERED that the Court shall continue the hearing on the final

18   approval and the motion for attorneys' fees by one week to February 7, 2014 at 9:00 a.m.  The

19   parties shall provide notice to the class of this continuance, and shall file proof of service of

20   such notice.

21          **IT IS SO ORDERED.**

22   Dated: November 27, 2013
                                                    _____
23                                                  JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE
24

25

26

27

28

**United States District Court**
For the Northern District of California