IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>LEVINE LEICHTMAN CAPITAL PARTNERS, INC., et al.,<br><br>    Defendants.<br>_____ / | No. C 10-00010 JSW<br><br>**ORDER RE CORRESPONDENCE FROM CLASS MEMBER** |

On September 26, 2014, the Court received a letter from a class member, Celestino Ramirez, objecting to the settlement amount she received in connection with her claim. The Court shall file those documents concurrently with this Order.

Because the class member attached documents that contain sensitive information, the Court shall file those attachments under seal, but it will serve copies on counsel. For privacy purposes, the Court has also redacted the class member's address and telephone number on the objections, however, it will file an unredacated version of the objection under seal and shall serve a copy on counsel.

Unless the Court receives a motion from class counsel, the Court does not intend to take any further action on these objections.

//

//

//

It is further ordered that class counsel shall serve a copy of this Order on Ms. Ramirez.

**IT IS SO ORDERED.**

Dated: October 3, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE