**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, et al., | No. C 10-00010 JSW |
| Plaintiffs, | |
| v. | **SECOND ORDER RE CORRESPONDENCE FROM CLASS MEMBER AND DIRECTIONS TO COUNSEL** |
| LEVINE LEICHTMAN CAPITAL PARTNERS, INC., et al., | |
| Defendants. | |

On or about October 14, 2014, the Court received another letter from a class member, Celestino Ramirez, objecting to the settlement amount received in connection with his claim. The Court shall file those documents concurrently with this Order. Because Mr. Ramirez attached documents that contain sensitive information, the Court shall file those attachments under seal, but copies will be electronically served on counsel. Unless the Court receives a motion from class counsel, the Court does not intend to take any further action with respect to Mr. Rameriez' letter. It is further ordered that class counsel shall serve a copy of this Order on Mr. Ramirez, and shall file proof of service with the Court by no later than October 31, 2014.

**IT IS SO ORDERED.**

Dated: October 21, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE