IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LEVINE LEICHTMAN CAPITAL PARTNERS, INC., et al., <br><br> Defendants. <br> _____ / | No. C 10-00010 JSW <br><br> **THIRD ORDER RE CORRESPONDENCE FROM CLASS MEMBER AND DIRECTIONS TO COUNSEL** |

The Court has received a letter from class member Simone Smith, which liberally could be construed as an objection to the amount she received as part of the settlement in this action. The Court shall file the letter and its attachments concurrently with this Order. The Court has redacted Ms. Smith's address and phone number for the documents filed in the public record, but will file full copies of the documents under seal. Unless the Court receives a motion from class counsel, the Court does not intend to take any further action with respect to Ms. Smith's letter. It is further ordered that class counsel shall serve a copy of this Order on Ms. Smith and shall file proof of service with the Court by no later than November 3, 2014.

**IT IS SO ORDERED.**

Dated: October 27, 2014

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE