IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SMITH, et al., | No. C 10-00010 JSW |
| Plaintiffs, | |
| v. | **FOURTH ORDER RE CORRESPONDENCE FROM CLASS MEMBER AND DIRECTIONS TO COUNSEL** |
| LEVINE LEICHTMAN CAPITAL PARTNERS, INC., et al., | |
| Defendants. | |

On or about October 27, 2014, the Court received another letter from class member, Celestino Ramirez, in which he objects to the amount he has received as part of the settlement. The Court shall file those documents concurrently with this Order. Because Mr. Ramirez attached identification documents that contain sensitive information, the Court shall file those attachments under seal. The Court HEREBY ORDERS the parties to submit a joint report regarding the issues raised by Mr. Ramirez' filings by November 14, 2014.

It is further ordered that class counsel shall serve a copy of this Order and the joint report required by this Order, on Mr. Ramirez, and shall file proof of such service with the Court.

**IT IS SO ORDERED.**

Dated: October 31, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE