IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA SMITH, et al.,

    Plaintiffs,

v.

LEVINE LEICHTMAN CAPITAL PARTNERS, INC., et al.,

    Defendants.

No. C 10-00010 JSW

**ORDER REGARDING JOINT STATUS REPORT**

    The Court has received and considered the parties' joint status report regarding the issues raised by correspondence submitted by class member Celistino Ramirez. Based on the parties' responses, the Court concurs that no further action is required. Class counsel shall serve a copy of this Order on Mr. Ramirez and shall file proof of such service with the Court.

    **IT IS SO ORDERED.**

Dated: November 14, 2014

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE