Scott M. Pearson (SBN 173880)
pearsons@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

Attorneys for Defendants
LEVINE LEICHTMAN CAPITAL PARTNERS, INC. and LEVINE LEICHTMAN CAPITAL PARTNERS III, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINA SMITH, ASHLEY HENDERSON, JANA SPERLING, ESTATE OF TONI NEILSON, JESSICA SHOUSE, ALBERT LACHOWICZ ex rel, JENNIFER PACZAN, and AMY LINDE, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEVINE LEICHTMAN CAPITAL PARTNERS, INC., LEVINE LEICHTMAN CAPITAL PARTNERS III, LP., and LEVINE LEICHTMAN CAPITAL PARTNERS III, LLC, MICHAEL SCHRECK, BRETT STOHLTON and NATIONAL CORRECTIVE GROUP, INC (dba 'Corrective Solutions),<br><br>Defendants. | CASE NO. 3:10-cv-00010 JSW<br><br>[Assigned to the Hon. Jeffrey S. White]<br><br>**[PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

DMWEST #11772063 v1

[PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEY

## ORDER

Pursuant to the Notice of Substitution of Attorney, it is hereby ORDERED that the law firm of Ballard Spahr LLP is substituted as counsel of record for defendants Levine Leichtman Capital Partners, Inc.; and Levine Capital Partners III, L.P.

DATED:  Februrary 10, 2015

_____
Hon. Jeffrey S. White
United States District Court Judge